January 26th, 1939

Hon. R.A. Courtney,
County Auditor
Lufkin, Texas

Dear Sir:

Opinion No. O-208
Re: Powers of Commissioners'
Courts

Your request for an opinion as to whether or not a Commissioners' Court is authorized to make payment of a claim arising out of injuries to an employee and as to whether or not it would be legal to pay the amount ordered, has been received by this office.

This department is of the opinion that the county is not liable for injuries to its employees under the facts as stated in your letter (Bryan v Liberty County 299 S.W. 303), and that a payment of an amount would be in violation of Article 3, Section 52 of the Constitution of Texas, and it therefore could not specify an amount for this claim or, order it paid.

Yours very truly

ATTORNEY GENERAL OF TEXAS

Richard H. Cocke

By

Assistant

REC:ob

APPROVED

ATTORNEY GENERAL OF TEXAS